UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| v. | **20 Cr. 412 (AT)** |
| BRIAN KOLFAGE, *et al.*, | |
| Defendants. | |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by: /s/ Robert B. Sobelman
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616