TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:20-mj-00120-KLM All Defendants

Case title: USA v. Shea
Other court case number: 20-cr-412 Southern District of New York

Date Filed: 08/20/2020
Date Terminated: 08/20/2020

Assigned to: Magistrate Judge Kristen L. Mix

**Defendant (1)**

**Timothy Shea**
*TERMINATED: 08/20/2020*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. 1349 conspiracy to commit wire fraud , 18 U.S.C. 1956(h)conspiracy to commit money laundering | |

**Plaintiff**

**USA**  represented by  **Thomas John Minser**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600

Denver, CO 80202  
303-454-0100  
Fax: 303-454-0400  
Email: Thomas.Minser@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2020 | 1 | RULE 5 AFFIDAVIT as to Timothy Shea from the District of Southern District of New York as to Timothy Shea (1). (cmadr, ) (Entered: 08/20/2020) |
| 08/20/2020 | 2 | Arrest of Timothy Shea. Initial Appearance - Rule 5 set for 8/20/2020 02:00 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (Text Only entry) (cmadr, ) (Entered: 08/20/2020) |
| 08/20/2020 | 3 | MINUTE ENTRY for Initial Appearance in Rule 5(c)(3) Proceedings as to Timothy Shea held before Magistrate Judge Kristen L. Mix on 8/20/2020. Defendant present in custody via video conference. Defendant advised. Defendant is not seeking court appointed counsel. Counsel for the government and defense counsel address the Court regarding bond conditions. Bond set as to Timothy Shea (1) 250,000 Unsecured with the conditions as set forth in the Order Setting Conditions of Release. The Defendant authorizes the Court to sign the bond conditions on his behalf. The defendant is ordered to appear in the charging district 8/31/20 1:00 p.m. before the Honorable Judge Torres. Defense counsel waives defendant's identity hearing. Waiver accepted. Defendant advised of conditions of bond and remanded for processing and release, to report to the charging district as directed. (Total time: 21 minutes, Hearing time: 2:20-2:41)<br><br>**APPEARANCES**: Thomas Minser on behalf of the Government (appears by video conference), Richard Tegtmeier on behalf of the defendant, Angela Ledesma on behalf of pretrial (appears by video conference), . FTR: KLM Courtroom A401. (lgale, ) Text Only Entry Modified on 8/20/2020 to note the parties that appeared by video conference (lgale, ). (Entered: 08/20/2020) |
| 08/20/2020 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Timothy Shea (lgale, ) (Entered: 08/20/2020) |
| 08/20/2020 | 5 | Unsecured Bond Entered as to Timothy Shea in amount of $250,000 (lgale, ) (Entered: 08/20/2020) |
| 08/20/2020 | 6 | ORDER Setting Conditions of Release as to Timothy Shea (1) $250,000 Unsecured by Magistrate Judge Kristen L. Mix on 8/20/20. (lgale, ) (Entered: 08/20/2020) |
| 08/20/2020 | 7 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Timothy Shea by Magistrate Judge Kristen L. Mix on 8/20/20. (lgale, ) (Entered: 08/20/2020) |
| 08/20/2020 | 8 | |

|  |  | Notice to Southern District of New York of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Timothy Shea Your case number is:20cr412. (Text Only Entry) (lgale, ) (Entered: 08/20/2020) |
| --- | --- | --- |
| 08/20/2020 | 9 | MAGISTRATE CASE TERMINATED as to Timothy Shea by Magistrate Judge Kristen L. Mix on 8/20/20. Text Only Entry (lgale, ) (Entered: 08/20/2020) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/21/2020 12:44:54 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-mj-00120-KLM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**