AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| **Timothy Shea, et al.** | ) | Case No.   **20-CR-412 (AT)** |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Timothy Shea**

Date:   **8/28/2020**

/s/ John Meringolo
*Attorney's signature*

John Meringolo, JM3487
*Printed name and bar number*

Meringolo & Associates, P.C.
375 Greenwich Street, 7th floor
New York, NY 10013

*Address*

john@meringololaw.com
*E-mail address*

(212) 941-2077
*Telephone number*

(212) 202-4936
*FAX number*