```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Timothy Shea

                          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 412 (A)(T)

Defendant __Timothy Shea_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

X    Initial Appearance/Appointment of Counsel

X    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Timothy Shea
Print Defendant's Name

_____
Defense Counsel's Signature

John Meringolo, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__August 31, 2020__
Date    New York, New York

_____
ANALISA TORRES
United States District Judge