```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: <u>11/2/2020</u> | |

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

       Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed a letter dated October 29, 2020, submitted by non-parties We Build the Wall, Inc. and Kris Kobach (together, "Non-Parties"). By **November 2, 2020**, Non-Parties shall file their reply to the Government's opposition to their motion to modify the sealed post-indictment restraining order. Non-Parties shall file the reply on the public docket.

  SO ORDERED.

Dated: November 2, 2020
    New York, New York

                      ANALISA TORRES
                    United States District Judge