USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 5, 2020, Defendant Shea filed a motion to transfer. ECF No. 44. By **November 12, 2020**, the Government shall reply to this motion. The Government shall be prepared to state its position on the motion at the status conference scheduled for **November 9, 2020**.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge