UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRIAN KOLFAGE,

STEPHEN BANNON,

ANDREW BADALATO, and

TIMOTHY SHEA,

      *Defendants*.

20 Cr. 412 (AT)

**NOTICE OF LIMITED APPEARANCE**

  Please take notice that Justin Weddle of Weddle Law PLLC, with offices located at 250 W. 55th Street, Floor 30, New York, NY 10019, hereby enters a limited appearance on behalf of non-party Kris Kobach, general counsel of We Build the Wall. This appearance is for the limited purpose of litigating non-parties' motion to modify a restraining order entered in the case. I certify that I am admitted to practice in the Southern District of New York.

Dated:  New York, NY
     November 13, 2020

               */s/ Justin S. Weddle*

               Justin S. Weddle
               Weddle Law PLLC
               250 W. 55th Street, Floor 30
               New York, NY 10019
               212-997-5518
               jweddle@weddlelaw.com