USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/18/2020

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    -v-

TIMOTHY SHEA              ,

                                              Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

20 -CR- 412  (AT) ( )

Defendant ___TIMOTHY SHEA_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

X      Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____TIMOTHY SHEA_____
**Print Defendant's Name**

_____
**Defense Counsel's Signature**

_____
**John Meringolo**
**Print Defense Counsel's Name**

This proceeding was conducted by reliable videoconferencing technology.

___12/18/2020_____
**Date**

_____
ANALISA TORRES
United States District Judge