UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

   - v. -                                          20-CR-412 (AT)

TIMOTHY SHEA, et al.,

                *Defendants*.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying papers, any exhibits attached thereto, and upon proceedings heretofore had, Timothy Shea, by his attorneys, John Meringolo Esq., will move this Court, before the Honorable Analisa Torres, in the United States District Court for the Southern District of New York, for an Order granting Mr. Shea's motion to sever his trial from the trial of his co-defendants and any other relief the Court deems just and proper.

Dated:  November 15, 2021
        New York, NY

                                        Respectfully submitted,

                                        _/s/_____

                                        John Meringolo, Esq**.**
                                        Meringolo & Associates, P.C.
                                        375 Greenwich Street, 7th Floor
                                        New York, New York 10013
                                        (212) 941-2077