

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request, with the consent of the defendants, that time be excluded under the Speedy Trial Act from March 15, 2022, until May 16, 2022.

    On November 9, 2021, the Court excluded time under the Speedy Trial Act until March 15, 2022, the date for which trial previously was scheduled. (Dkt. No. 134.) On January 13, 2022, the Court adjourned the trial to May 16, 2022. (Dkt. No. 145.) Accordingly, the Government respectfully requests, with the consent of the defendants, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defendants adequate time to review the Government's discovery productions and prepare for trial.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: *Robert B. Sobelman*
    Nicolas Roos
    Alison G. Moe
    Robert B. Sobelman
    (212) 637-2421/2225/2616

Cc:    César De Castro, Esq. (by ECF)
        Daniel L. Stein, Esq. (by ECF)
        Kelly B. Kramer, Esq. (by ECF)
        Michael P. Heffernan, Esq. (by ECF)
        John C. Meringolo, Esq. (by ECF)