

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Timothy Shea*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits the attached verdict form on behalf of the parties, in connection with the trial of defendant Timothy Shea presently scheduled to begin on May 16, 2022.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

          By:    /s/
                  Nicolas Roos
                  Alison G. Moe
                  Robert B. Sobelman
                  (212) 637-2421/2225/2616

Cc:    John C. Meringolo, Esq. (by ECF)