UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The final pretrial conference for Defendant Shea scheduled for May 9, 2022, is RESCHEDULED to **May 4, 2022**, at **2:00 p.m.**  The Court shall hold the final pretrial conference in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    SO ORDERED.

Dated: April 21, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge