```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's motion dated April 25, 2022. ECF No. 183. Accordingly, the Government shall file a response by **May 2, 2022**.

    SO ORDERED.

Dated: April 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge