UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2022

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Shea's motions filed April 27, 2022. ECF Nos. 187–90. Accordingly, by **April 30, 2022**, the Government shall file a consolidated response to Defendant's motions. Defendant shall file any reply by **May 1, 2022**.

    The final pretrial conference scheduled for May 4, 2022, is ADJOURNED to **May 6, 2022**, at **4:00 p.m.**, and shall occur via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Apr. 6, 2022), ECF No. 9 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely"). Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: April 27, 2022
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge