UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2022

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's letter dated April 27, 2022. ECF No. 192. Accordingly, by **May 2, 2022**, Defendant shall either file a response or produce the requested discovery.

    SO ORDERED.

Dated: April 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge