```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated May 2, 2022. ECF No. 198. Accordingly, the Government shall file a response by **May 3, 2022**, at **5:00 p.m**.

    SO ORDERED.

Dated: May 2, 2022
       New York, New York

ANALISA TORRES
United States District Judge