```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The trial scheduled to begin on May 16, 2022, is ADJOURNED to **May 23, 2022**, at **9:00 a.m.** Trial shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

SO ORDERED.

Dated: May 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge