U.S. Department

United States
Southern District

The Silvio J. Mollo
One Saint Andrew
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2022

May 13, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Timothy Shea*, S2 20 Cr. 412 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act from May 16, 2022, until May 23, 2022.

On March 14, 2022, the Court excluded time under the Speedy Trial Act until May 16, 2022, the date for which trial previously was scheduled. (Dkt. No. 157.) On May 11, 2022, the Court adjourned the trial to May 23, 2022. (Dkt. No. 213.) Accordingly, the Government respectfully requests, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defendant adequate time to prepare for trial.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/
        Nicolas Roos
        Alison Moe
        Robert B. Sobelman
        (212) 637-2421/2225/2616

GRANTED. Time until **May 23, 2022**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow adequate time for Defendant to prepare for trial.

SO ORDERED.

Dated: May 13, 2022
      New York, New York

ANALISA TORRES
United States District Judge