```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         -against-

TIMOTHY SHEA,

                  Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter shall begin on **October 24, 2022**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Accordingly,

1. The parties shall submit any additional motions *in limine* by **August 22, 2022**. Opposition papers are due by **August 29, 2022**.

2. The parties shall submit any proposed revisions to the voir dire questions, requests to charge, or verdict forms by **August 22, 2022**.  For any proposed voir dire question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority.

3. The final pretrial conference shall occur on **October 19, 2022**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 9, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge