```
    M5NVSHE1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,                New York, N.Y.

4            v.                              S2 20 Cr. 412 (AT)

5   TIMOTHY SHEA,

6                Defendant.

7   ------------------------------x          Trial

8                                            May 23, 2022
                                             9:00 a.m.
9

10  Before:

11                    HON. ANALISA TORRES,

12                                           District Judge
                                               and a Jury
13

14
                              APPEARANCES
15
    DAMIAN WILLIAMS
16       United States Attorney for the
         Southern District of New York
17  BY:  ALISON G. MOE
         NICOLAS T. ROOS
18       ROBERT B. SOBELMAN
         Assistant United States Attorneys
19

20  MERINGOLO & ASSOCIATES P.C.
         Attorneys for Defendant
21  BY:  JOHN C. MERINGOLO
         ANGELICA B. CAPPELLINO
22       CLARA S. KALHOUS

23

24  Also Present:  Sunny Drescher, Paralegal Specialist, USAO

25
```

1            THE COURT:  Good morning.  Would you please make your
2    appearances.
3            MR. ROOS:  Good morning, your Honor.
4            For the United States, Nick Roos, Alison Moe, and
5    Robert Sobelman.  We're joined at counsel table by paralegal
6    specialist Sunny Drescher.
7            MR. MERINGOLO:  Good morning, Judge.
8            John Meringolo, Anjelica Cappellino, Clara Kalhous for
9    Mr. Timothy Shea, standing to my right.
10           THE COURT:  Please be seated.
11           At the final pretrial conference the government
12   requested that I allocute the defendant with respect to a prior
13   plea agreement that has expired.
14           Does the government wish to be heard?
15           MR. ROOS:  Certainly, your Honor.  I'm happy to
16   summarize the facts.
17           THE COURT:  Go right ahead.
18           MR. ROOS:  Your Honor, as the Court is aware because
19   we've docketed a letter at this point, there were plea
20   discussions with the defendant.  We extended a plea offer in
21   writing in a plea agreement.  The defendant chose not to accept
22   it.  Subsequently, we've been all working on this trial.  On
23   May 9th we sent a letter pursuant to the Court's suggestion in
24   *United States v. Pimentel*, setting forth the government's
25   current view of the applicable guidelines in the event the

1    defendant goes to trial on the superseding indictment.
2              We just want to confirm the defendant has received the
3    now-expired plea offer and also the subsequent *Pimentel* letter.
4              THE COURT:  Mr. Meringolo.
5              MR. MERINGOLO:  Yes, your Honor, we have received the
6    plea, gone over it with Mr. Shea.  We chose to reject the plea
7    and proceed to trial.  Subsequent to that, I believe one
8    evening — I don't know what day it was — the government sent a
9    *Pimentel* letter over.  I went over that with Mr. Shea, as well.
10   And I just think that was, I guess, just to inform us of what
11   the government was going to try to do after trial.  But it
12   wasn't a formal *Pimentel* where we were given an opportunity to
13   accept or reject.
14             THE COURT:  Mr. Shea --
15             MR. MERINGOLO:  If I'm wrong --
16             MR. ROOS:  It is a written *Pimentel*.  I can just pass
17   it back to defense counsel if he needs it.  Although I agree
18   that we emailed about it.
19             MR. MERINGOLO:  This is the *Pimentel* that I went over
20   with Mr. Shea.
21             MR. ROOS:  Just for the record, this sets forth the
22   government's view of the applicable guidelines in the event the
23   defendant were to plead guilty to the indictment, which he, of
24   course, can do -- he can do it right now, he can do it in the
25   middle of trial.  So that's all the *Pimentel* sets forth, is the

M5NVSHE1

1  government's view of the guidelines were the defendant to be
2  convicted either by his own plea or following a jury trial.
3            MR. MERINGOLO:  That is correct.
4            THE COURT:  Mr. Shea, are you aware of the plea
5  agreement that was offered to you?
6            THE DEFENDANT:  Yes, ma'am.
7            THE COURT:  And are you aware of the *Pimentel* letter
8  that has been referred to?
9            THE DEFENDANT:  I am, yes, your Honor.
10           THE COURT:  And did you discuss all of that with your
11 lawyers?
12           THE DEFENDANT:  I did, yes.
13           THE COURT:  And did you reject the plea agreement?
14           THE DEFENDANT:  Yes, I did, ma'am.
15           THE COURT:  Does the government wish me to make any
16 further inquiry?
17           MR. ROOS:  No.  Thank you very much, your Honor.
18           THE COURT:  Please be seated.
19           Is there anything further before we begin voir dire?
20           MR. ROOS:  Nothing for the government, your Honor.
21           MR. MERINGOLO:  Nothing from the defense, Judge.
22           THE COURT:  I'm told that the panel should be ready in
23 about ten minutes.  And I understand that the lawyers have the
24 seating chart that I'll be using.
25           (Pause)

1  THE COURT:  Counsel, I'm going to be interviewing the
2  first 38.
3  MR. ROOS:  Your Honor, I'm sorry.  I just realized I'm
4  not sure we know the procedure for exercising both for-cause
5  and peremptory challenges.
6  THE COURT:  So I'm going to be making inquiries.  And
7  to the extent that it would be appropriate for the potential
8  juror to speak with us privately, I'm going to call them to the
9  front.  And obviously some will be clearly not fit for service,
10 and at that point I'll have them return to the seat, but then
11 later I'll be excusing them.
12      Now, the for-cause challenges, of course, will happen
13 after I have finished speaking to all of those 38.
14 MR. ROOS:  Understood.
15      And the process for our peremptory or strike
16 challenges or excusals, does your Honor do them simultaneous
17 where we both give you the list or alternating?
18 THE COURT:  So today we're going to be picking 12
19 jurors and four alternates.  There are ten peremptories for the
20 defendant and six for the government on the regular jurors.  On
21 the alternates, two peremptories for the defendant, two for the
22 government.  And so in the first round on the regular it will
23 be two for the defense, one for the government, and so on.
24 MR. ROOS:  Thank you, your Honor.
25 THE COURT:  I was just told that the panel will arrive

1   in a half hour.
2              (Jury selection commenced)
3              (Adjourned to May 24, 2022 at 9:00 a.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25