```
     M66VSHET

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,              New York, N.Y.

4               v.                          20 Cr. 412 (AT)

5    TIMOTHY SHEA,

6                   Defendant.              Trial

7    ------------------------------x

8                                           June 6, 2022
                                            4:57 p.m.
9

10   Before:

11                      HON. ANALISA TORRES,

12                                          District Judge
                                              and a Jury
13

14
                              APPEARANCES
15
     DAMIAN WILLIAMS
16        United States Attorney for the
          Southern District of New York
17   BY:  NICOLAS T. ROOS
          ROBERT B. SOBELMAN
18        Assistant United States Attorneys

19   MERINGOLO & ASSOCIATES P.C.
          Attorneys for Defendant
20   BY:  JOHN C. MERINGOLO
          ANGELICA B. CAPPELLINO
21        CLARA S. KALHOUS

22

23   Also Present:   Sunny Drescher, Paralegal Specialist, USAO

24

25
```

M66VSHET

1      (Trial resumed; jury not present)
2           THE COURT:  Please make your appearances.
3           MR. SOBELMAN:  Robert Sobelman, Nicolas Rose for the
4    United States.  We're joined at counsel table by Sunny
5    Drescher, a paralegal in our office.
6           Good afternoon, your Honor.
7           MR. MERINGOLO:  Good afternoon.
8           John Meringolo, Anjelica Cappellino, and Clara Kalhous
9    for Mr. Shea, who's standing to my right.
10          THE COURT:  Please be seated.
11          I'm about to have the jurors brought in.
12          Tomorrow I will be having several proceedings in the
13   courtroom; there will be three sentencings and a conference,
14   and they will go forward.  They are not lengthy procedures at
15   all.
16          Is there anything that you want to tell me before I
17   bring the jurors in?
18          MR. SOBELMAN:  Nothing from the government, your
19   Honor.
20          MR. MERINGOLO:  Nothing from the defense.
21          THE COURT:  All right, then.
22          Please have the jurors brought in.
23          (Jury present)
24          THE COURT:  Do the parties agree that all jurors are
25   present and properly seated?

M66VSHET

1      MR. SOBELMAN:  Yes, your Honor.
2      MR. MERINGOLO:  Yes, Judge.
3      THE COURT:  Please be seated.
4      Welcome back, jurors.
5      I know you've been working very, very hard; but your
6 work has come to a close for today.
7      You are going to return tomorrow at 9 a.m.  Between
8 now and then, no deliberating.  You are not to discuss the case
9 amongst yourselves or with anyone else.  You are not to permit
10 anyone to discuss the case in your presence.  And you are not
11 to read or listen to any news or any other source of
12 information about the trial, about the case, about the
13 individuals involved in the case.
14      So when you return tomorrow and Juror No. 1, your
15 foreperson, says it's time to begin deliberations, you will do
16 that.  I appreciate your dedication to this work.
17      Thank you.  Good evening.
18      (Jury not present)
19      THE COURT:  Is there anything further from either
20 side?
21      MR. SOBELMAN:  No, your Honor.
22      MR. MERINGOLO:  No.  Thank you, Judge.
23      THE COURT: All right.  I will let you know if we
24 receive a note.  Thank you.  Good evening.
25      (Adjourned to June 7, 2022 at 9 o'clock a.m.)