UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA )
)
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
)
BRIAN KOLFAGE, et al, ) **20 Cr. 412 (AT)**
)
Defendants. )
)

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted.


                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                                        by: */s/ Mary E. Bracewell*

                                        Mary E. Bracewell
                                        Assistant United States Attorney
                                        (212) 637-2218


TO: All counsel of record (via ECF)