

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2022

**U.S. Depart**

United States
Southern Dis

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 24, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Timothy Shea*, S2 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that the Government be provided until September 7, 2022, to respond to the defendant's pretrial motions filed on August 22, 2022 (Dkt. Nos. 268, 270, 272). The defendant does not object to this request provided that his deadline to respond to the Government's supplemental motion *in limine* (Dkt. No. 266) is extended from August 29, 2022 (*see* Dkt. No. 236) to September 7, 2022.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

          By:    /s/_____
                Mollie Bracewell
                Robert B. Sobelman
                Derek Wikstrom
                (212) 637-2218/2616/(914) 993-1946

Cc:    John C. Meringolo, Esq. (by ECF)
        Anjelica B. Cappellino, Esq. (by ECF)
        Clara S. Kalhous, Esq. (by ECF)

GRANTED.

SO ORDERED.

Dated: August 24, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge