SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK          :
                                          :
                                          :
  -against-                              :           **NOTICE OF APPEARANCE**
                                          :
                                          :
                                          :           Indictment No: 1473/2021
                                          :
**THE TRUMP CORPORATION**                 :
**d/b/a THE TRUMP ORGANIZATION,**         :
**TRUMP PAYROLL CORP., d/b/a**            :
**THE TRUMP ORGANIZATION,**               :
**ALLEN WEISSELBERG,** *et al.*           :
                                          :
                       ***Defendants.***  :
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT the Defendant Trump Payroll Corp. d/b/a The Trump Organization, named in the above-captioned matter, hereby appears in the above-captioned action and that the undersigned has been retained as attorney for said defendant and demands that a copy of the Indictment and all papers in this action be served upon the undersigned at the address stated below.

Dated: September 1, 2022
      New York, NY

*[signature]*

_____
John Meringolo, Esq.
375 Greenwich Street, 7th floor
New York, NY 10013
(212) 941-2077
john@meringololaw.com