

U.S. Dep[artment of Justice]

United S[tates Attorney]
Southern [District of New York]

The Silvio J. [Mollo Building]
One Saint An[drew's Plaza]
New York, Ne[w York 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2022__

October 2, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Timothy Shea*, S2 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 3, 2022 (*see* Dkt. No. 235), until October 24, 2022 (*see* Dkt. No. 283, at 15), to permit the defendant adequate time to prepare for retrial of the case.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

GRANTED.

SO ORDERED.

Dated: October 4, 2022
       New York, New York

                    _____
                    ANALISA TORRES
                    United States District Judge