USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 13, 2022, the Government filed a letter motion *in limine*. ECF No. 287. Accordingly, by **October 17, 2022**, at **12 p.m.**, Defendant shall file an opposition letter.

    SO ORDERED.

Dated: October 13, 2022
       New York, New York

ANALISA TORRES
United States District Judge