UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2022

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 17, 2022, the Government filed a letter motion *in limine*. ECF No. 292. Accordingly, by **October 19, 2022**, at **12:00 p.m.**, Defendant shall file an opposition letter.

    SO ORDERED.

Dated: October 18, 2022
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge