```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 20, 2022, the Government filed a letter. ECF No. 298. Defendant shall file his response by **October 21, 2022**, at **12:00 p.m.**

    SO ORDERED.

Dated: October 20, 2022
       New York, New York

ANALISA TORRES
United States District Judge