UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2022_

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government is directed to advise the Court by **October 23, 2022**, at **12:00 p.m.**, as to whether the Government's filter team has received the state grand jury materials and produced those materials to counsel for Defendant.

SO ORDERED.

Dated: October 22, 2022
New York, New York

ANALISA TORRES
United States District Judge