USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 21, 2022, the New York County District Attorney's Office ("DANY") filed a letter motion to quash a subpoena. ECF No. 303. By **October 22, 2022**, at **5:00 p.m.**, Defendant shall respond to the motion.

      In addition, by **October 22, 2022**, at **5:00 p.m.**, Defendant, the Government, and the DANY shall file letter briefs addressing whether the DANY can be added as an interested party in this action.

      SO ORDERED.

Dated: October 22, 2022
       New York, New York

ANALISA TORRES
United States District Judge