```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

TIMOTHY SHEA,

               Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated November 14, 2022. ECF No. 332. By **November 16, 2022**, the Government shall file a letter stating its position.

    SO ORDERED.

Dated: November 14, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge