**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

---

November 14, 2022

**VIA ECF**
Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Timothy Shea, et al.,* 20-CR-412 (AT)

Dear Judge Torres:

  On behalf of defendant Timothy Shea in the above-captioned matter, we respectfully write to request permission for Mr. Shea to travel outside his district to his sister-in-law's home in Farmington, New Mexico for the Thanksgiving holiday. He requests permission to stay there with his family from Wednesday, November 23rd to Saturday, November 26th. Mr. Shea and his family plan to drive there and back.

  Mr. Shea's Pre-trial officers from the District of Colorado and the Southern District of New York, as well as the government, do not object to this request. Mr. Shea has provided the exact itinerary of his travel arrangements to his monitoring officers.

  Thank you for your consideration of this request.


               Sincerely,

               /s/
               John Meringolo, Esq.