```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 10, 2023, Defendant Timothy Shea moved the Court to extend his surrender date pending appeal, pursuant to 18 U.S.C. § 3143(b). ECF No. 417. Accordingly:

1. By **November 1, 2023**, the Government shall file its opposition papers or advise the Court that it does not oppose the motion; and
2. By **November 15, 2023**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge