USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/13/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIMOTHY SHEA,

                Defendant.

20 Cr. 412-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has received Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 435. Accordingly,

1. By **November 29, 2024**, the Government shall respond; and
2. By **December 13, 2024**, Defendant shall file a reply, if any.

        The Clerk of Court is directed to mail a copy of this order to Defendant *pro se.*

        SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge